147 A.3d 431

IN THE MATTER OF PAUL J. FORSMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 023621979)

AUGUST 04, 2016

## Corrected ORDER

This matter having been duly presented to the Court on the motion of respondent, **PAUL J. FORSMAN**, formerly of **PATERSON**, who was admitted to the bar of this State in 1979, for transfer to disability inactive status pursuant to *Rule* 1:20-12 and for the deferral of all ethics proceedings pending against him pursuant to *Rule* 1:20-12(e);

And the Office of Attorney Ethics having interposed no objection to respondent's transfer to disability inactive status pursuant to *Rule* 1:20-12 and having opposed the deferral of ethics proceedings;

And good cause appearing;

It is ORDERED that the motion is granted in part and denied in part: the motion is granted to the extent that it seeks respondent's transfer to disability inactive status pursuant to *Rule* 1:20-12, and denied to the extent that it seeks deferral of pending ethics proceedings pursuant to *Rule* 1:20-12(e); and it is further

ORDERED that **PAUL M. FORSMAN** be transferred to disability inactive status pursuant to *Rule* 1:20-12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **PAUL M. FORSMAN** is hereby restrained and enjoined from practicing law during the period he remains on disability inactive status; and it further

ORDERED that **PAUL M. FORSMAN** comply with *Rule* 1:20-20 governing incapacitated attorneys; and it is further

ORDERED that the record in this matter be made a permanent part of respondent's file as an attorney at law of this State.